

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| Tracy Coons, a single man | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CJ-2012-04938 |
| | ) Judge |
| Allstate Indemnity Company | ) |
| Defendant. | ) |

## PETITION

### COUNT 1

**COMES NOW**, the Plaintiff Tracy Coons by and through his Attorney, Gene P. Dennison and for his cause of action against the Defendant Allstate Indemnity Company would alleged and State as follows:

I. That the Plaintiff is a resident of the County of Tulsa, State of Oklahoma.

II. That the Defendant Allstate Indemnity Company is domesticated to do business, in fact, does business in Tulsa, County, State of Oklahoma and the property in question is located in Tulsa County, State of Oklahoma and all the events that occurred herein, were done is Tulsa County, State of Oklahoma.

III. That the Plaintiff ownes that certain property located at 10506 South Erie Avenue, Tulsa, Oklahoma and all times pertinent to this litigation the property has been insured by the Defendant under policy 9 85 162830 10/05.

IV. That on or about May 11, 2008 the property, which is the subject of this litigation was damaged by hail which effectively destroyed the roof on said home.



EXHIBIT 1

VI. Thereafter on June 19, 2008 the Defendant Allstate Indemnity Company sent out an agent for the purpose of determining the damage done to said home.

VII. That after reviewing same, the agent made a report, knowing said report to be false, that the damage was slight and a small amount of repair would be needed.

VIII. Relying on said report the Home Owner, the Plaintiff, herein relied upon said statement to his detriment and agreed to what he thought was an expert opinion as to the damage caused.

IX. Thereafter, the roof was repaired, recommended by the statements of the Defendant through their agent. Said repairs were made by a company recommended by the agent.

X. When it was necessary to do some addition repairs thereafter, a repair man indicated that the roof had considerable damage from the hail storm and the report supplied by the Defendant was defective in its description of the home's damage.

XI. Upon receiving this information the Plaintiff contacted a qualified roofing inspection service which on June 5, 2012 verified the results the statements made by the repair man who had been making minor repairs.

XII. That at all times the agent for the Defendant knew or should have known that the damage was such that a complete roof would need to be had on said home. That such information was not relayed to the Plaintiff and in fact the information was covered up such that even more damage was allowed to occur.

XIII. That because of the statements of the agent of the Defendant and the reliance thereon by the Plaintiff this misrepresentation caused the Plaintiff not to make this demand until the truth was made known to him by the inspection company.

Wherefore premises considered the Plaintiff prays for judgment against the Defendant for the cost of a replacement roof, which is in excess of Ten Thousand

Dollars, ($10,000.00), his costs of the action, his attorney fees and such other and further relief as the court deems just and equitable.

## COUNT II

XIV. That the acts of the Defendant as stated above as allege evince a reckless disregard for the for the rights of the Plaintiff, and as such call for the imposition of exemplary damages by way of punishment and of example to others, in an amount greater than $10,000.00 as may be set by the court and jury.

Wherefore premises considered, the Plaintiff prays for a judgment against the Defendant in an amount greater than $10,000.00 for punitive damages and such other relief as the court deems just and equitable.

Respectfully Submitted,

*(signature)*
Gene P. Dennison OBA #2301
1437 South Boulder Avenue, Ste. 170
Tulsa, Oklahoma 74119

### Verification

**STATE OF OKLAHOMA** )
) ss:
**COUNTY OF TULSA** )

Tracy Coons being first duly sworn upon oath, deposes and states:
That he is the above named Petitioner and that he has read the foregoing and knows the contents thereof, and that the statements therein contained are true and correct to the best of his knowledge and belief.

Tracy Coons

Subscribed and sworn to before me this 17th day of September, in the year 2012.

*(signature)*
Public Notary

My Commission Expires:

3