**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **TRACY COONS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )   Case No. 12-CV-0597-CVE-TLW |
| **ALLSTATE INDEMNITY COMPANY,** | ) ) ) |
| **Defendant.** | ) |

## JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an Opinion and Order (Dkt. # 51) dismissing plaintiff's claims with prejudice has been entered. A judgment of dismissal of plaintiff's claims with prejudice is hereby entered.

**IT IS SO ORDERED** this 30th day of May, 2013.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE